In the Matter of the Claim of HIPPOLYTE BONNAFOUX, Appellant, against DOWNTOWN ATHLETIC CLUB et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 1, 1935; decided October 15, 1935.)

*Jeremiah F. Connor* for appellant.

*Sydney Weitzer* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.